Christopher J. Carey
David M. Blackwell
Megan Halverson Trexler
**GRAHAM CURTIN**
A Professional Association
4 Headquarters Plaza; P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700
*Attorneys for Defendants,*
*Fischer, Porter & Thomas, P.C. and*
*Arthur L. Porter, Jr., Esq.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTOR MONDELLI, | Civil Action No. 14-cv-6196 (KSH)(CLW) |
| Plaintiff, | |
| v. | |
| BERKELEY HEIGHTS POLICE DEPARTMENT, MICHAEL P. MATHIS, Chief of Police of the Berkeley Heights Police Department, in his individual capacity, MICHAEL DELIA, Detective at the Berkeley Heights Police Department, in his individual capacity, JOHN DOES 1, Supervising Officer of Michael Delia, JOHN DOE 2, Berkeley Heights Police Officer, in his individual capacity, THOMAS BOCKO, Zoning Officer of Berkeley Heights, in his individual capacity, JACK SILVERMAN REALTY & MORTGAGE CO., LLC, BERKELEY REALTY PARTNERS 244, LLC, JACK SILVERMAN, in his individual capacity, WILLIAM SILVERMAN, in his individual capacity, FISCHER, PORTER & THOMAS, P.C., ARTHUR PORTER, JR., partner in Fischer, Porter & Thomas, P.C., in his individual capacity, ROBERT DOWLING, in his individual capacity, and JACK DOWLING, in his individual capacity, | |
| Defendants. | |

2227269.1

## DECLARATION OF DAVID M. BLACKWELL, ESQ.

I, DAVID M. BLACKWELL, hereby declare as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of the firm of Graham Curtin, a Professional Association, counsel of record for Defendants, Fischer, Porter & Thomas, P.C. and Arthur L. Porter, Jr., Esq. (the "Attorney Defendants"). I submit this Declaration in support of the Attorney Defendants' Motion to Dismiss the Complaint, pursuant to Fed.R.Civ.P. 12(b)(6), for failure to state a claim upon which relief can be granted.

2. Attached as **Exhibit A** is a true and accurate copy of the letter decision by the Honorable John F. Malone, P.J.Ch., dated July 30, 2012 and filed in the Superior Court of New Jersey, Union County matter captioned Jack Silverman Realty & Mortgage, Co., et al. v. Mondelli, et al., Docket Numbers UNN-C-16-11 and LT-1683-12, along with a true and accurate copy of the Judgment entered on July 30, 2012.

3. Attached as **Exhibit B** is a true and accurate copy of the letter decision by the Honorable Lisa F. Chrystal, J.S.C. dated December 7, 2012 and filed in the Superior Court of New Jersey, Union County matter captioned Jack Silverman Realty & Mortgage, Co. v. Mondelli, Docket Number UNN-L-3965-12, along with a true and accurate copy of the Order entered on December 7, 2012.

4. Attached as **Exhibit C** is a true and accurate copy of the Verified Complaint filed on October 18, 2012 in the Superior Court of New Jersey, Union County, Chancery Division and captioned Jack Silverman Realty & Mortgage, Co., et als. v. Mondelli, et als., Docket Number UNN-C-98-12.

5. Attached as **Exhibit D** is a true and accurate copy of the letter decision by the Honorable Frederic S. Kessler, P.J.Ch. dated December 9, 2013 and filed in the Superior Court

of New Jersey, Union County matter captioned <u>Jack Silverman Realty & Mortgage, Co., et als. v. Mondelli, et als.</u>, Docket Number UNN-C-98-12, along with a true and accurate copy of the Order Dismissing the Third-Party Complaint without Prejudice Pursuant to <u>Rule</u> 4:6-2(e) entered on December 9, 2013.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on January 22, 2015                    By: <u>/s/ *David M. Blackwell*</u>
                                                    DAVID M. BLACKWELL

2227269.1