Christopher J. Carey
Megan Halverson Trexler
**GRAHAM CURTIN**
A Professional Association
4 Headquarters Plaza; P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700
*Attorneys for Defendants,*
*Fischer, Porter & Thomas, P.C. and*
*Arthur L. Porter, Jr., Esq.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTOR MONDELLI,<br><br>                        Plaintiff,<br><br>v.<br><br>BERKELEY HEIGHTS POLICE DEPARTMENT, MICHAEL P. MATHIS, Chief of Police of the Berkeley Heights Police Department, in his individual capacity, MICHAEL DELIA, Detective at the Berkeley Heights Police Department, in his individual capacity, JOHN DOES 1, Supervising Officer of Michael Delia, JOHN DOE 2, Berkeley Heights Police Officer, in his individual capacity, THOMAS BOCKO, Zoning Officer of Berkeley Heights, in his individual capacity, JACK SILVERMAN REALTY & MORTGAGE CO., LLC, BERKELEY REALTY PARTNERS 244, LLC, JACK SILVERMAN, in his individual capacity, WILLIAM SILVERMAN, in his individual capacity, FISCHER, PORTER & THOMAS, P.C., ARTHUR PORTER, JR., partner in Fischer, Porter & Thomas, P.C., in his individual capacity, ROBERT DOWLING, in his individual capacity, and JACK DOWLING, in his individual capacity,<br><br>                        Defendants. | Civil Action No. 14-cv-6196 (KSH)(CLW)<br><br>**NOTICE OF CROSS-MOTION FOR SANCTIONS PURSUANT TO FED.R.CIV.P. 11(c)(2)** |

2477927.1

**PLEASE TAKE NOTICE** that Defendants, Fischer, Porter & Thomas, P.C. and Arthur L. Porter, Jr., Esq., by their attorneys, Graham Curtin, A Professional Association, shall cross-move on February 1, 2016, or as soon thereafter as counsel may be heard, before the Honorable Katharine S. Hayden, U.S.D.J., in United States District Court for the District of New Jersey, for an Order granting Defendants' motion for sanctions pursuant to Fed.R.Civ.P. 11(c)(2).

**PLEASE TAKE FURTHER NOTICE** that in support of this Cross-Motion, Defendants shall rely upon the Declaration of Christopher J. Carey, Esq. and the memorandum of law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

GRAHAM CURTIN
A Professional Association
*Attorneys for Defendants,*
*Fischer, Porter & Thomas, P.C. and*
*Arthur L. Porter, Jr., Esq.*

Dated: January 19, 2016

*/s/ Christopher J. Carey*
Christopher J. Carey

2477927.1